FLORENCE E. SMITH, respondent,

*v.*

ARCHIBALD G. SMITH, appellant.

[Decided March 6th, 1923.]

On appeal from a decree of the court of chancery signed by the chancellor, adjudging the appellant in contempt.

*Mr. Thomas M. Simonton.* for the appellant.

*Mr. Martin P. Devlin,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated by the chancellor.

*For affirmance* — THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, PARKER, BERGEN, KALISCH, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, GARDNER, ACKERSON, VAN BUSKIRK—13.

*For reversal*—None.